IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**United States of America**,

**Plaintiff**,

v.

**Rex Hatfield,**                                                              No. 08-30020-DRH

**Defendant.**

## ORDER

**HERNDON, Chief Judge:**

On September 17, 2008, the Court issued an **Ex Parte Writ of Habeas Corpus for Jeffrey McKinnon** (Doc. 94). In light of the stipulation of the government entered on the record, the parties have since determined that the witness is no longer needed. Therefore, the Court **QUASHES** the Writ of Habeas Corpus (Doc. 94). The United States Marshal Service is directed to return Mr. McKinnon to the custody of the Attorney General for remand to the federal Bureau of Prisons.

**IT IS SO ORDERED.**

Signed this 10th day of October, 2008.

/s/     David R Herndon
**Chief Judge**
**United States District Court**