IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**REX HATFIELD and**
**EVERLY HATFIELD,**   No. 08-30020-DRH

**Defendant.**

## ORDER

**HERNDON, Chief Judge:**

Dustin Willbrand, a witness subpoenaed to testify in the above-stated case, has requested that an attorney be appointed to represent him. Therefore, the Court **APPOINTS** attorney William A. Shirley as CJA counsel to represent Mr. Willbrand in this matter.

**IT IS SO ORDERED.**

Signed this 17th day of October, 2008.

/s/ David R Herndon
**Chief Judge**
**United States District Court**