IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**REX HATFIELD and**
**EVERLY K. HATFIELD,**

**Defendant.**                                                    No. 08-30020-DRH

### ORDER

**HERNDON, Chief Judge:**

Before the Court is a motion to continue sentencing and extend time for filing sentencing memoranda filed by Rex Hatfield, with Everly Hatfield joining in the motion (Doc. 264). Defendants had previously filed two motions for extension of time to file sentencing memoranda filed by both Defendants Rex and Everly Hatfield (See Docs. 262, 263).[1]

Both Defendants state that they were recently transferred to the Southern District of Illinois and that their counsel have not had sufficient time to meet with them in order to discuss the issues to address in the sentencing memoranda. The original deadline for filing sentencing memoranda is March 19, 2010. Defendants originally asked for an additional seven (7) days in which to file sentencing memoranda, but have since asked for a further extension until April 21, 2010. (Doc. 264) After meeting with Defendants, counsel has determined that

---

[1] The first motion for extension of time to file sentencing memoranda was filed by Rex Hatfield and asked that the deadline for filing be extended as to both Defendants (Doc. 262). Subsequently, Everly Hatfield filed a similar motion asking for an extension of time (Doc. 263).

additional time will be needed in order to conduct fact investigation and interview possible out of state witnesses for sentencing. Further, after speaking with Defendants, counsel anticipates numerous sentencing issues that might arise. The Government has no objection to either extension. Based on the reasons in the motion, the Court **GRANTS** Defendants' motion to continue sentencing and extend time for filing sentencing memoranda (Doc. 264). Defendants will have up to and including **April 21, 2010** in which to file their memoranda. The sentencing hearing currently scheduled for April 16, 2010 is **CONTINUED** until **June 11, 2010 at 1:30 p.m.** Further, the Court finds that the earlier motions for extension of time (Docs. 262 & 263) are now **MOOT**.

    **IT IS SO ORDERED.**

Signed this 19th day of March, 2010.

/s/  DavidRHerndon
**Chief Judge**
**United States District Court**