IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**REX HATFIELD,**

**Defendant.**                                                  **No.08-30020-DRH**

### ORDER

**HERNDON, Chief Judge:**

      Before the Court is Defendant Rex Hatfield's Motion to Extend Time for Filing Objections to Revised PSR (Doc. 296). Specifically Defendant Rex Hatfield seeks additional time, up to and including August 27, 2010, in which to file supplemental objections to the Third Revised PSR as Defendant will be objecting to the new drug quantity calculations contained in the new PSR, but his attorney has not had time to adequately review the complicated calculations. Based on the reasons in the motion, the Court **GRANTS** Defendant Rex Hatfield's motion to extend time for filing objections to revised PSR (Doc. 296). Defendant Rex Hatfield will have up to and including **August 27, 2010** in which to file supplemental objections.

      **IT IS SO ORDERED.**

      Signed this 20th day of August, 2010.

/s/     David R Herndon
**Chief Judge**
**United States District Court**