IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

v.

**REX HATFIELD, and**
**EVERLY HATFIELD,**

**Defendants.**                                              No. 08-30020-DRH

### ORDER

**HERNDON, Chief Judge:**

      Before the Court is Defendant Everly Hatfield's Motion to Continue Resentencing (Doc. 310).  Specifically, Defendant Everly Hatfield asks that the sentencing hearing currently set for November 18, 2010 be continued for at least ten (10) days as Defendant's attorney will be out of town during the sentencing hearing.  Therefore, based on the reasons in the motion, the Court **GRANTS** Defendant's motion to continue resentencing (Doc. 310) and **CONTINUES** the sentencing hearing of both Defendants from November 18, 2010 until **December 3, 2010 at 1:30 p.m.**

      **IT IS SO ORDERED.**

      Signed this 5th day of November, 2010.

David R. Herndon
2010.11.05
16:52:53 -05'00'

**Chief Judge**
**United States District Court**