IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**REX HATFIELD,**

**Defendant.**                                                  **No. 08-30020-DRH**

### ORDER

**HERNDON, Chief Judge:**

      Before the Court is a Motion to Withdraw as Counsel of Record (Doc. 338). Specifically, Defendant Rex Hatfield's attorney Stephen C. Williams, Assistant Federal Public Defender, moves to terminate himself as attorney of record for Defendant as Mr. Williams is leaving the employment of the Federal Public Defender's Office. Federal Public Defender Phillip Kavanaugh will continue to represent Defendant Rex Hatfield. Based on the reasons set forth in the motion, the Court **GRANTS** Defender Rex Hatfield's Motion to Withdraw as Counsel of Record (Doc. 338). The Court **WITHDRAWS** assistant federal public defender Stephen C. Williams as counsel of record for Defendant Rex Hatfield.

      **IT IS SO ORDERED.**

David R. Herndon
2010.12.16
09:43:53 -06'00'

**Chief Judge**
**United States District Court**